**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DENNIS R. BAKER,

    Petitioner,

v.                                         CASE NO. 4:10-cv-00115-MP-CAS

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 1, 2012. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 6) is DENIED.

3. Petitioner's motion for a certificate of appealability (doc. 30) is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  *8th* day of March, 2013

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge